*E-FILED 3/10/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ALMY, et al., | No. C 10-05627 RS |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

The Court has received defendants' administrative motion requesting a continuance of the Case Management Conference scheduled on March 24, 2011. In the event plaintiffs oppose this request, they are directed to file any objection, of no more than three pages, on or before March 15, 2011.

**IT IS SO ORDERED.**

Dated: 3/10/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE