IAN HEATH GERSHENGORN
Deputy Assistant Attorney General
MELINDA L. HAAG
United States Attorney
VINCENT M. GARVEY
Deputy Director
PAUL G. FREEBORNE
Virginia Bar No. 33024
RYAN B. PARKER
Utah Bar No. 11742
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail:  paul.freeborne@ usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL D. ALMY, ANTHONY J. LOVERDE, and JASON D. KNIGHT, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF DEFENSE, ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy, <br><br>Defendants. | Case No.  3:10-cv-5627 (RS) <br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT <br><br>Honorable Richard Seeborg |

1   This matter is before the Court on Defendants' Administrative Motion Requesting a
2   Continuance of the Initial Case Management Conference scheduled for June 23, 2011.  Having
3   considered Defendants' unopposed motion, the Court hereby GRANTS Defendants' motion and
4   ORDERS the initial case management conference a~~nd all associated deadline~~s be continued ~~until~~ July 28, 2011 at 10:00 a.m.
5   ~~the statutory stay imposed by 28 U.S.C. § 1292(d)(4)(B) expir~~es.  The parties shall file a Joint Statement one week prior to the Conference.

6
7   Dated: __6/1/11_____           _____
                                                 Judge Richard Seeborg
8                                                United States District Court