IAN HEATH GERSHENGORN
Deputy Assistant Attorney General
MELINDA L. HAAG
United States Attorney
VINCENT M. GARVEY
Deputy Director
PAUL G. FREEBORNE
Virginia Bar No. 33024
RYAN B. PARKER
Utah Bar No. 11742
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail:  paul.freeborne@ usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ALMY, ANTHONY J. LOVERDE, and JASON D. KNIGHT, <br><br>　　　　　　Plaintiffs, <br><br>　　　v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy, <br><br>　　　　　　Defendants. | Case No.  3:10-cv-5627 (RS) <br><br> [~~PROPOSED~~] ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

[PROPOSED] ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE,
*Almy v. United States Department of Defense.*, Case No. 3:10-cv-5627 (RS)

1
2    It is hereby **ORDERED** that the case management conference scheduled for July 28,
3 2011 is continued until August 25, 2011 at _____ 10:00 a .m.  The parties shall file a joint
4 case management conference statement 7 calendar days in advance of the case management
5 conference.
6
7    IT IS SO ORDERED,
8
9    Dated:_____ 07/07 , 2011
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*(Signature of Judge Richard Seeborg, United States District Court, Northern District of California)*