IAN HEATH GERSHENGORN
Deputy Assistant Attorney General
MELINDA L. HAAG
United States Attorney
VINCENT M. GARVEY
Deputy Director
PAUL G. FREEBORNE
Virginia Bar No. 33024
RYAN B. PARKER
Utah Bar No. 11742
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@ usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ALMY, ANTHONY J. LOVERDE, and JASON D. KNIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy,<br><br>Defendants. | Case No. 3:10-cv-5627 (RS)<br><br>PARTIES' JOINT STIPULATION SETTING FORTH DEADLINES FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Courtroom 3 - 17th Floor<br>Judge: Hon. Richard Seeborg |

PARTIES' JOINT STIPULATION SETTING FORTH DEADLINES FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, *Almy v. United States Department of Defense.*, Case No. 3:10-cv-5627

**RECITALS**

1. Defendants' response to Plaintiffs' First Amended Complaint is currently due on August 5, 2011, *see* ECF No. 41.

2. Plaintiffs have filed a motion for partial summary judgment, *see* ECF Nos. 43-44, regarding Counts I-III of the First Amended Complaint. Defendants' response to that motion is currently due on August 10, 2011.

3. So that Defendants' response to the First Amended Complaint can be addressed at the same time that Defendants respond to Plaintiffs' motion for partial summary judgment, the parties have stipulated, pursuant to Local Rule 6-1, to an extension of the date for Defendants' response to the First Amended Complaint from August 5, 2011 to August 19, 2011.

4. To ensure orderly briefing on any dispositive motion filed by Defendants in response to the First Amended Complaint and Defendants' response to Plaintiff's motion for partial summary judgment, moreover, the parties have stipulated to the following briefing schedule:   On August 19, 2011, Defendants would file their response to Plaintiffs' motion for partial summary judgment and a response to the First Amended Complaint. Plaintiffs would then file their response to any dispositive motion filed by Defendants in response to the First Amended Complaint and reply in support of their motion for partial summary judgment fourteen (14) days thereafter, on September 2, 2011. Defendants would then file a reply brief in support of any dispositive motions filed in response to the First Amended Complaint seven days thereafter, on September 9, 2011. The parties' motions would be heard on October 13, 2011, if that date is available on the Court's calendar.

**STIPULATION**

Defendants will answer or otherwise respond to Plaintiffs' First Amended Complaint on or before August 19, 2011, pursuant to the agreement of parties under Local Rule 6-1. Should Defendants file a dispositive motion(s) in response to Plaintiffs' First Amended Complaint, that response will be filed on that date along with Defendants' response to Plaintiffs' motion for partial summary judgment, on August 19, 2011. Plaintiffs would then file any response to any

PARTIES' JOINT STIPULATION SETTING FORTH DEADLINES FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, *Almy v. United States Department of Defense.*, Case No. 3:10-cv-5627   -1-

1  dispositive motion(s) filed by Defendants and reply in support of Plaintiffs' motion for partial
2  summary judgment fourteen (14) days thereafter, on September 2, 2011.  Defendants would then
3  file a reply brief in support of any dispositive motions filed in response to the First Amended
4  Complaint seven days thereafter, on September 9, 2011.  The parties' motions would then be
5  heard on October 13, 2011, if that date is available on the Court's calendar.
6         Pursuant to Local Rule 6-2 and 7-12, the parties jointly request an order changing the
7  date for the hearing on Plaintiffs' motion for partial summary judgment to October 13, 2011,
8  and an order setting forth the above briefing schedule regarding the parties' motions.

10  DATED: August 3, 2011                    Respectfully submitted,

11                                           IAN HEATH GERSHENGORN
                                             Deputy Assistant Attorney General,
12                                           Civil Division

13                                           MELINDA L. HAAG
                                             United States Attorney
14
                                             VINCENT M. GARVEY
15                                           Deputy Director

16                                             /s/ *Paul G. Freeborne*
                                             PAUL G. FREEBORNE
17                                           RYAN B. PARKER
                                             U.S. Department of Justice
18                                           Civil Division

19                                           *Attorneys for the Federal Defendants*

PARTIES' JOINT STIPULATION SETTING FORTH DEADLINES FOR DEFENDANTS' RESPONSE TO
PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESPONSE TO PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT, *Almy v. United States Department of Defense.*, Case No. 3:10-cv-5627   -2-

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.**

I, PAUL G. FREEBORNE, hereby declare pursuant to General Order 45, § X.B., that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on August 3, 2011, in the City of Washington, District of Columbia.

      */s/ Paul G. Freeborne*
PAUL G. FREEBORNE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6108
Washington, D.C. 20001
Phone: (202) 353-0543
Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

*Attorney for the Federal Defendants*

      */s/ M. Andrew Woodmansee*
M. ANDREW WOODMANSEE
12531 High Bluff Drive
San Diego, California 92130
Phone: (858) 720-5100
Fax: (858-720-5125
Email: MAWoodmansee@mofo.com

*Attorney for Plaintiffs*

**P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**

It is hereby **ORDERED** that, Defendants will file its response to Plaintiffs' First Amended Complaint and a response to Plaintiffs' motion for partial summary judgment, ECF Nos. 43-44, on August 19, 2011. Plaintiffs would then file any response to any dispositive motion(s) filed by Defendants and reply in support of Plaintiffs' motion for partial summary judgment fourteen (14) days thereafter, on September 2, 2011. Defendants would then file a reply brief in support of any dispositive motions filed in response to the First Amended Complaint seven days thereafter, on September 9, 2011. The parties' motions would then be heard on October 13, 2011 at 1:30 p.m.

IT IS SO ORDERED,

Dated: 8/3, 2011

*[signature]*
Judge Richard Seeborg
United States District Court