*E-Filed 9/2/11*

M. ANDREW WOODMANSEE (CA SBN 201780)
MAWoodmansee@mofo.com
STEPHANIE L. FONG (CA SBN 240836)
SFong@mofo.com
KIMBERLY R. GOSLING (CA SBN 247803)
KGosling@mofo.com
JESSICA A. ROBERTS (CA SBN 265570)
JRoberts@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

JOHN M. GOODMAN (DC SBN 383147)
jgoodman@sldn.org
SERVICEMEMBERS LEGAL DEFENSE NETWORK
P. O. Box 65301
Washington, DC  20035-5301
Telephone:  202.328.3244
Facsimile: 202.797.1635

Attorneys for Plaintiffs
MICHAEL D. ALMY, JASON D. KNIGHT,
AND ANTHONY J. LOVERDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALMY, JASON KNIGHT, and ANTHONY LOVERDE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy,<br><br>Defendants. | Case No. cv 10-5627 (RS)<br><br>**PLAINTIFFS' JOINT STIPULATION SETTING FORTH REVISED BRIEFING SCHEDULE DEADLINES**<br><br>Date: October 27, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br>**JUDGE: HON. RICHARD SEEBORG** |

**RECITALS**

1. Plaintiffs' response to Defendants' Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment ("Defendants' Motion") is currently due on September 2, 2011. *See* ECF No. 46. Plaintiffs' Reply in Support of their Partial Motion for Summary Judgment is due the same day. *See id.*

2. Defendants' Reply in Support of Defendants' Motion is currently due on September 9, 2011. *See id.*

3. To explore the possibility of resolution outside the Court, the parties have stipulated, pursuant to Local Rule 6-1, to an extension of the date for Plaintiffs' response to the Defendants' Motion from September 2, 2011 to October 6, 2011.

4. Defendants would then file a reply brief in support of Defendants' Motion on or before October 20, 2011.

5. The parties' motions would be heard on October 27, 2011, if that date is available on the Court's calendar.

1 **STIPULATION**

2       Plaintiffs will respond to the Defendants' Motion and in support of their own Motion for

3 Partial Summary Judgment on or before October 6, 2011, pursuant to the agreement of parties

4 under Local Rule 6-1.

5       Defendants will then file a reply brief in support of Defendants' Motion on or before

6 October 20, 2011.

7       The parties' motions would then be heard on October 27, 2011, if that date is available on

8 the Court's calendar.

9       Pursuant to Local Rule 6-2 and 7-12, the parties jointly request an order changing the date

10 for the hearing on Plaintiffs' Motion for Partial Summary Judgment and Defendants' Motion to

11 October 27, 2011, and an order setting forth the above briefing schedule regarding the parties'

12 motions.

13

14 Dated: September 2, 2011             M. ANDREW WOODMANSEE
STEPHANIE L. FONG
15                                                     KIMBERLY R. GOSLING
JESSICA ANNE ROBERTS
16                                                     MORRISON & FOERSTER LLP

17                                                     JOHN M. GOODMAN
SERVICEMEMBERS LEGAL DEFENSE
18                                                     NETWORK

19

20                                          By: /s/ M. ANDREW WOODMANSEE
                                              M. ANDREW WOODMANSEE

21                                          Attorneys for Plaintiffs
MICHAEL ALMY, JASON KNIGHT,
22                                          AND ANTHONY LOVERDE

23

24

25

26

27

28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.**

I, M. ANDREW WOODMANSEE, hereby declare pursuant to General Order 45, § X.B., that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on September 2, 2011, in the City of San Diego, State of California.

/s/ M. Andrew Woodmansee
M. ANDREW WOODMANSEE
12531 High Bluff Drive
San Diego, CA  92130
Phone:  (858) 720-5100
Fax:  (858) 720-5125
Email:  mawoodmansee@mofo.com

Attorneys for Plaintiffs

/s/ Paul G. Freeborne
PAUL. G. FREEBORNE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6108
Washington DC  20001
Phone:  (202) 353-0543
Fax:  (202) 616-8460
Email:  paul.freeborne.usdoj.gov

Attorneys for the Federal Defendants

## ~~PROPOS~~ED ORDER

It is hereby **ORDERED** that, Plaintiffs will file their (1) Reply in Support of their Partial Motion for Summary Judgment, ECF Nos. 43-44, and (2) Opposition to Defendants' Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment ("Defendants' Motion"), ECF 49, on or before October 6, 2011. Defendants will then file a reply brief in support of Defendants' Motion, on or before October 20, 2011. The parties' motions would then be heard on October 27, 2011 at 1:30 p.m.

IT IS SO ORDERED,

Dated: __9/2_____, 2011                    _____
                                                 Judge Richard Seeborg
                                                 United States District Court