*E-Filed 9/30/11*

1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10   MICHAEL ALMY, JASON KNIGHT, and         Case No. cv 10-5627 (RS)
     ANTHONY LOVERDE,
11                                            [~~PROPOSED~~] ORDER GRANTING
                     Plaintiffs,              JOINT STIPULATION TO STAY
12                                            BRIEFING ON PARTIES' CROSS-
                                              MOTIONS AND TO VACATE
13          v.                                HEARING DATE AS MODIFIED BY THE
                                              COURT
14   UNITED STATES DEPARTMENT OF
     DEFENSE; ROBERT M. GATES, Secretary      Date:  October 27, 2011
15   of Defense; DEPARTMENT OF THE AIR        Time:  1:30 p.m.
     FORCE; MICHAEL B. DONLEY, Secretary,     Courtroom:  3, 17th Floor
16   Department of the Air Force; DEPARTMENT  **JUDGE:  HON. RICHARD SEEBORG**
     OF THE NAVY; and RAY MABUS,
17   Secretary, Department of the Navy,

18                   Defendants.

19

20          It is hereby **ORDERED** that t~~he briefi~~ng on Plaintiffs' Motion for Partial Summary

21   Judgment and Defendants' Motion will be ~~stayed.~~  denied without prejudice.

22          It is further **ORDERED** that the current hearing date shall be vacated while attempts to

23   resolve the matter outside of this Court continue, and will only be rescheduled at the request of

24   the Court or the parties.

     IT IS SO ORDERED,
25

26   Dated:___9/29_____, 2011        _____
27                                          Judge Richard Seeborg
                                            United States District Court
28

─────────────────────────────────────────────────────────────────────────────

~~PROPOSED~~ ORDER GRANTING JT. STIP TO STAY BRIEFING DATES AND TO VACATE HEARING DATE          1
sd-569640