UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALMY, JASON KNIGHT, and ANTHONY LOVERDE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy,<br><br>Defendants. | Case No. cv 10-5627 (RS)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rule 6-2, the parties jointly request an order continuing the Case

2  Management Conference to July 12, 2012 at ~~11:00~~ 10:00 am, or a date thereafter more convenient to the

3  Court.

4  It is hereby **ORDERED** that the Case Management Conference in this matter that is

5  currently scheduled for June 28, 2012 will be continued to July 12, 2012.

Dated: 6/20/12

_____
Judge Richard Seeborg
United States District Court

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   1
sd-593347