STUART F. DELERY
   Acting Assistant Attorney General
IAN HEATH GERSHENGORN
   Deputy Assistant Attorney General
MELINDA L. HAAG
   United States Attorney
VINCENT M. GARVEY
   Deputy Branch Director
PAUL G. FREEBORNE
   Senior Trial Counsel
   Virginia Bar No. 33024
RYAN B. PARKER
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C. 20044
   Telephone: (202) 353-0543
   Facsimile: (202) 616-8460
   E-mail: paul.freeborne@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ALMY, ANTHONY J. LOVERDE, AND JASON D. KNIGHT, <br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>Defendants. | CASE NO.: CV 3:10-CV-5627 (RS)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR A CONTINUANCE OF THE SEPTEMBER 13, 2012 HEARING DATE FOR PLAINTIFF ALMY'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT<br><br>HONORABLE RICHARD SEEBORG<br><br>COURTROOM: SAN FRANCISCO COURTHOUSE, COURTROOM 3 – 17TH FLOOR, 450 GOLDEN GATE AVENUE, SAN FRANCISCO CA 94102 |

[~~PROPOSED~~] ORDER GRANING DEFENDANTS' ADMINISTRATIVE MOTION FOR A CONTINUANCE OF THE HEARING DATE FOR PLAINTIFF ALMY'S PARTIAL MOTION FOR SUMMARY JUDGMENT, *Almy v. United States Department of Defense*, No. 3:10-CV-5627 (RS)

-1-

This matter is before the Court on Defendants' Unopposed Administrative Motion for a Continuance of the Hearing Date for Plaintiff Almy's Partial Motion for Summary Judgment and Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment. Having considered Defendants' submission, the Court hereby GRANTS Defendants' motion and enters the following schedule:

- August 10 – Defendants will file their Opposition to Plaintiff Almy's motion and their motion to dismiss or, in the alternative, for summary judgment;
- August 24 – Plaintiff Almy will file his reply in support of his motion and his opposition to Defendants' motion;
- September 13 – Defendants will file their reply in support of their motion; and
- September 27 – The parties' respective motions will be heard.

Dated: 8/3/12

_____
Judge Richard Seeborg
United States District Court