1  M. ANDREW WOODMANSEE (CA SBN 201780)
   MAWoodmansee@mofo.com
2  STEPHANIE L. FONG (CA SBN 240836)
   SFong@mofo.com
3  KIMBERLY R. GOSLING (CA SBN 247803)
   KGosling@mofo.com
4  JESSICA A. ROBERTS (CA SBN 265570)
   JRoberts@mofo.com
5  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
6  San Diego, California 92130-2040
   Telephone: 858.720.5100
7  Facsimile: 858.720.5125

8  JOHN M. GOODMAN (DC SBN 383147)
   jgoodman@sldn.org
9  SERVICEMEMBERS LEGAL DEFENSE NETWORK
   P. O. Box 65301
10 Washington, DC 20035-5301
   Telephone: 202.328.3244
11 Facsimile: 202.797.1635

12 Attorneys for Plaintiff
   MICHAEL D. ALMY
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALMY, JASON KNIGHT, and ANTHONY LOVERDE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy,<br><br>Defendants. | Case No. cv 10-5627 (RS)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS AS MODIFIED BY THE COURT |

On October 11, 2012, the parties filed a Stipulation to Stay Proceedings. For the reasons set forth in the stipulation and for good cause shown, the Court hereby **GRANTS** the stipulated requests and **ORDERS** as follows:

- All proceedings in this case—including the briefing on, and the Court's consideration of, the Motion for Protective Order, Plaintiff's Motion for Partial Summary Judgment, and Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment—shall be stayed pending the completion of the parties' attempts to achieve a resolution outside this matter. The parties shall file a joint status report updating the Court on their settlement attempts on November 15, 2012, and every 30 days thereafter; and

- All briefing and further proceedings in this matter shall resume at the request of the Court or the parties should the parties be unable to resolve this matter in a timely manner without the Court's involvement.

**IT IS SO ORDERED.**

Dated: 10-15- , 2012

Judge Richard Seeborg
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 11th day of October, 2012, with a copy of this document via the Court's CM/ECF system.

/s/ M. Andrew Woodmansee
M. Andrew Woodmansee