United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALMY, JASON KNIGHT, and ANTHONY LOVERDE, | No. C 10-5627 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | |

On October 15, 2012, pursuant to stipulation by the parties, the Court entered an order staying all proceedings in this case pending the completion of the parties' attempts to achieve a resolution outside this matter. *See* Dkt. 93. The parties were ordered to file a joint status report updating the Court on their settlement attempts on November 15, 2012, and every 30 days thereafter. *Id.* The stipulation and order stated that "all briefing and further proceedings in this matter shall resume at the request of the Court . . . should the parties be unable to resolve this matter in a timely manner without the Court's involvement." *Id.* Three months have passed since the stay order. The joint status reports do not show much progress by the parties in resolving this case. If the case is not resolved without the Court's involvement by February 15, 2013, the Court's will re-

set hearing dates for and resume briefing on and consideration of the Motion for Protective Order, Plaintiff's Motion for Partial Summary Judgment, and Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment.

IT IS SO ORDERED.

Dated: 1/22/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE