| | |
|---|---|
| 1 | M. ANDREW WOODMANSEE (CA SBN 201780) |
|   | MAWoodmansee@mofo.com |
| 2 | STEPHANIE L. FONG (CA SBN 240836) |
|   | SFong@mofo.com |
| 3 | KIMBERLY R. GOSLING (CA SBN 247803) |
|   | KGosling@mofo.com |
| 4 | JESSICA A. ROBERTS (CA SBN 265570) |
|   | JRoberts@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive |
| 6 | San Diego, California 92130-2040 |
|   | Telephone: 858.720.5100 |
| 7 | Facsimile: 858.720.5125 |
| 8 | JOHN M. GOODMAN (DC SBN 383147) |
|   | jgoodman@sldn.org |
| 9 | SERVICEMEMBERS LEGAL DEFENSE NETWORK |
|   | P. O. Box 65301 |
| 10 | Washington, DC 20035-5301 |
|    | Telephone: 202.328.3244 |
| 11 | Facsimile: 202.797.1635 |
| 12 | Attorneys for Plaintiff |
|    | MICHAEL D. ALMY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALMY, JASON KNIGHT, and ANTHONY LOVERDE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE; ROBERT M. GATES, Secretary of Defense; DEPARTMENT OF THE AIR FORCE; MICHAEL B. DONLEY, Secretary, Department of the Air Force; DEPARTMENT OF THE NAVY; and RAY MABUS, Secretary, Department of the Navy, <br><br> Defendants. | Case No. cv 10-5627 (RS) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR FINALIZING SETTLEMENT** |

1  On February 13, 2013, the parties filed a Stipulation to Continue Deadline for Finalizing
2  Settlement, and Joint Status Report. For the reasons set forth in the stipulation and for good cause
3  shown, the Court hereby **GRANTS** the stipulated request and **ORDERS** as follows:

4  - If the case is not resolved without the Court's involvement by March 1, 2013, the Court
5    will reset hearing dates for and resume briefing on and consideration of the Motion for
6    Protective Order, Plaintiff's Motion for Partial Summary Judgment, and Defendants'
7    Motion to Dismiss or, in the alternative, for Summary Judgment.

8

9  **IT IS SO ORDERED.**

10
11  Dated: 2/14 , 2013                    _____
12                                         Judge Richard Seeborg
                                           United States District Court