United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL ALMY, JASON KNIGHT, and
ANTHONY LOVERDE,

          Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
DEFENSE, *et al.*,

          Defendants.

_____/

No. C 10-5627 RS

**ORDER**

On January 22, 2013, the Court ordered: "If the case is not resolved without the Court's involvement by February 15, 2013, the Court will reset hearing dates for and resume briefing on and consideration of the Motion for Protective Order, Plaintiff's Motion for Partial Summary Judgment, and Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment."

On February 13, 2013, the parties filed a stipulation and joint status report stating that they had exchanged drafts of a settlement agreement and were currently in the process of finalizing the language of the agreement. Accordingly, the parties jointly requested, and the Court granted, an extension of the February 15 deadline to March 1, 2013, so that they could complete this process.

1     The parties now request an additional week-long extension.  The Court has granted the

2  parties considerable latitude to settle this case, by staying these proceedings for nearly four months.

3  An extension of the stay until Friday, March 8, 2013, is granted.  The Court expects that this matter

4  will have concluded by that time.

5     IT IS SO ORDERED.

6

7  Dated: 3/1/13

8  _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C 10-5627-RS

ORDER

2